**JUDGE HIBBLER**
**MAGISTRATE JUDGE BROWN**

## Verification

I, TOMMY WALKER, declare under penalty of perjury that the foregoing is true and correct.

Executed on February 26, 2008.

_____
TOMMY WALKER

**08 C 1255**

**FILED**

**MARCH 3, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT