**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number: **08 C 1255**

TOMMY WALKER

v.

BLACK HORSE CARRIERS INC.                               **JUDGE HIBBLER**
                                                        **MAGISTRATE JUDGE BROWN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TOMMY WALKER                                            **FILED**

                                                        **MARCH 3, 2008**
                                                        MICHAEL W. DOBBINS
                                                        CLERK, U.S. DISTRICT COURT

| |
|---|
| NAME (Type or print) |
| Janice A. Wegner |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/Janice A. Wegner |
| FIRM |
| Lisa Kane & Associates, P.C. |
| STREET ADDRESS |
| 120 South LaSalle Street, Suite 1420 |
| CITY/STATE/ZIP |
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06200062 | 312-606-0383 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO X |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐           APPOINTED COUNSEL ☐