IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOMMY WALKER, | |
| Plaintiff, | |
| v. | No. 08 C 1255 |
| BLACK HORSE CARRIERS INC., | Judge Hibbler |
| Defendant. | Magistrate Judge Brown |

### DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.2

Defendant, Black Horse Carriers Inc. ("Black Horse"), by its attorney, hereby discloses the following pursuant to Local Rule 3.2:

1. Black Horse is a nongovernmental corporate party.

2. Black Horse has no parent corporations.

3. There is no publicly held company that owns 10% or more of Black Horse's stock.

Dated: March 27, 2008                    Respectfully submitted,

                                         BLACK HORSE CARRIERS INC.


                                         By:  s/ Lawrence L. Summers
                                              One of Its Attorneys

Lawrence L. Summers, Bar No. 02775093
Vedder Price P.C.
222 North LaSalle Street - Suite 2600
Chicago, IL  60601-1003
(312) 609-7500

**CERTIFICATE OF SERVICE**

The undersigned certifies that on March 27, 2008, a true and correct copy of the foregoing **DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.2** was submitted by electronic filing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney(s) of record:

>Lisa Kane, Esq.
>Lisa Kane & Associates, P.C.
>Attorney for Plaintiff
>120 South LaSalle Street, Suite 1420
>Chicago, IL  60603

>   s/ Lawrence L. Summers
>        Lawrence L. Summers

CHICAGO/#1764256.1